921 A.2d 1184

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Konrad L. CRIST, Petitioner.**

Supreme Court of Pennsylvania.

May 21, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED. The Order the Superior Court vacating the Judgment of Sentence of the trial court is REVERSED pursuant to the decision of this Court in *Commonwealth v. Ravah Dickson,* 591 Pa. 364, 918 A.2d 95 (2007).